

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-20-00177-CV |
| IN THE MATTER OF THE | § | Appeal from the |
| EXPUNCTION OF C.W. | § | 34th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2020DCV1494) |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss this appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.